# United States Court of Appeals
## For the First Circuit

---

No. 05-1121

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ RAMÓN HERNÁNDEZ-RODRÍGUEZ,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on April 6, 2006, is amended as follows:

On page 2, line 11: delete "In June 2002" and insert "On July 29, 2002"

On page 5, line 7: change "July 16," to "July 29,"